JESSE L. WHITEMAN, Respondent, *v.* WARING S. WEED et al., Appellants.

*Whiteman* v. *Weed,* 50 App. Div. 622, affirmed.
(Argued January 13, 1902; decided January 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 28, 1900, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Ernest F. Kruse* and *R. B. Stone* for appellants.

*S. M. Norton* and *O. A. Fuller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.